STONE & WEBSTER AND BLODGET, INC., Appellant, v. DAVID S. STERN and D. S. STERN & Co., Respondents.— Order affirmed, with twenty dollars costs and

disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; O'Malley and Sherman, JJ., dissent and vote for reversal, without prejudice to an application for a stay of the trial until defendants are able to examine Mr. Christie as a witness.